[No. 8512-3-I.   Division One.   March 16, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. KERRY
DEAN BERGLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01350-8, Robert E. Dixon, J., entered February 7, 1980. *Affirmed* by unpublished opinion per

Corbett, J., concurred in by Williams and Durham, JJ.